UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-22827-Civ-COOKE/TORRES

CHRISTINA PAPAYORGIS,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stip. Dismissal with Prejudice, ECF No. 23. Each party shall bear his or its own costs and attorney's fees.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 14th day of February 2017.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*